Jason Allen DuGue #24507154
Name and Prisoner/Booking Number

County of Shasta (Shasta County Jail)
Place of Confinement

1655 West Street
Mailing Address

Redding, California 96001
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED
MAR 20 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Jason Allen DuGue
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Lt. Danis
(Full Name of Defendant)
(2) Srgnt Abernathy
(3) Cody Hughes
(4) Kevin Lewis

Defendant(s).

☑ Check if there are additional Defendants and attach page 1-A listing them

CASE NO. 2:25-CV-0905 CSK (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: _____.

## B. DEFENDANTS

1. Name of first Defendant: __Lnti Lewis__. The first Defendant is employed as: __White facility manager__ at __Shasta County Main Jail__
   (Position and Title)            (Institution)

2. Name of second Defendant: __Shant Abernathy__ The second Defendant is employed as: ___ at ___
   (Position and Title)            (Institution)

3. Name of third Defendant: __Cody Huges__. The third Defendant is employed as: ___ at ___
   (Position and Title)            (Institution)

4. Name of fourth Defendant: __Kevin Lewis__. The fourth Defendant is employed as: ___ at __Shasta County main Jail__
   (Position and Title)            (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☑ Yes    ☐ No

2. If yes, how many lawsuits have you filed? ____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __Adam Ryan__ v. __2:20-CV-212__
      2. Court and case number: __Eastern District Courts__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) ___

   b. Second prior lawsuit:
      1. Parties: __Ricazar__ v. __2:20-CV-1974-SAM__
      2. Court and case number: __Eastern District Courts__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) ___

   c. Third prior lawsuit:
      1. Parties: ___ v. __2:20-CV-2131-TMC__
      2. Court and case number: __Eastern District Courts__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) ___

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: 8th Amendment And not suffer the Imposition of cruel or unusual punishment.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☒ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I'm human rights Activist I'm In a video on Alex Jones you tube under Infowars operation paul Revire, It was a committee meeting for Vetrans memorial day, I worked with vetran's on patrol In Tuscon, Arizona anti Homeless vetrans Organization that fights for Immediate Housing for the Homeless I was introduced to this organization by co founder Anthony potter I was at our local Redding Area Bus Authority transit Desport Station under camera and with security guards present I was stabbed By A Inhouse Racist Jail gang Known as SNSRA In Watch Invouled In stabbing I created a False Police Report, I was Arrested attempt to be placed In body bag or some Illegal Canopy of where I was stabbed In my left torso I was escorted by my hair being pulled by former Resigned or terminated sherriffs of Shasta County Jail Branden Brown and Branden Al. also known for excessive force with the Jail facility new security guards at our local Hospital mercy medical center, now Being held In Jail without testimony.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I have been locked out of Society the Social Justice System, right to testify on my behalf Basic human rights, access to courts, Jobs and employment, welfare, social security Disability benefits and education opportunities.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☒ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I have to highest level from level three grievances Being Denied destroyed evidence by law enforcement of trying administrative Relief at any level

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: 8th Amendment: And to not suffer the Imposition of cruel or unusual punishment.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☑ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I'm denied toilet paper, proper hygiene, proper Diet, proper bedding, eating utensils, Including spoon, fork, plastic facility, state knives, a Razor for grooming and upkeep of my appearance, cleaning supplies to maintain the health and care of myself and cell. I currently have a Staph Infection In my knee, Right cheek and all throughout my body from an Inmate name Michael Horan under a false Alias Michael Brown. Its besides the point, It isn't stating facts, I'm denied Access to A shower on regular, I'm denied hygiene and cleaning supplies of my dayroom time, the shower water is cold during use. I also denied shampoo and conditioner, Public Safety officer Debra Owens provides me with the samples from commissary to maintain my personal hygiene. The Sheriff Deputies and other "prowerjill" who work in my housing Deny me the above stated Items and necessities, only on rare occasions Do I recieve them.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I have to use my Sack Dinner Brown paper bags to cleanse my rectum after I Defecate, I'm forced to Shower In my cell without proper hygiene, I'm losing my teeth and hair from not having toothpaste and shampoo and conditioner

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

**CLAIM III**

1. State the constitutional or other federal civil right that was violated: 8th Amendment And to not suffer the Impose cruel or unusual punishment.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☒ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I have mental illness? Severely mental ill, Ill be sent to Department of State Hospital for restoration to stand trial 1370 3 year maximum retention to be restored to stand trial under proper court proceeding safer than the jail. The jail is not safe at all, treat me Ill be safer there, can't explain my current condition) violate humanitarian law under united nation under Geneva convention, Im currently with one Blanket half a sheet given to me by an inmate named Jake Grimm, who also gave me wool Blanket to stay warm, I currently am on Disciplinary Isolation and Punishment with Inmates getting special privilege) Including commissary Items and extra trays to trigger my mental health, mental illness and mental Health episode), I currently on "Disciplinary" till June with no access to commissary.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I hear a ringing In my ears. I have trouble hear, understanding and completing one thing Including reading a Book, unable to have a normal conversation on the phone with my family

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking: to Be Released under penality and persury of law By Federal officers US Marshal employed by the State of California and transfer to Portland Oregon where I have an Outstanding warrant for violation of Probation not to leave the State under no Authority And failure to pay fines and fees; I want civil Justice, I seek no monetary relief But Justice for the Community for the Illegal conduct, murders and Sexual Assaults officers

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/8/2025
DATE

SIGNATURE OF PLAINTIFF

BLUE ABREU other person
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.